| Information to identify the case: | | |
|---|---|---|
| Debtor 1: **John Montelione**<br>First Name    Middle Name    Last Name | Social Security number or ITIN:    xxx–xx–5554<br>EIN:    _ _–_ _ _ _ _ _ _ | |
| Debtor 2:<br>(Spouse, if filing)  **Marlise Montelione**<br>First Name    Middle Name    Last Name | Social Security number or ITIN:    xxx–xx–5959<br>EIN:    _ _–_ _ _ _ _ _ _ | |
| United States Bankruptcy Court:    District of New Jersey | Date case filed in chapter:    13    1/7/15 | |
| Case number:    15–10273–RG | Date case converted to chapter:    7    4/4/17 | |

Official Form 309A (For Individuals or Joint Debtors)

## Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline    12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at   www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

**Undeliverable notices will be sent by return mail to the debtor. It is the debtor's responsibility to obtain the party's correct address, resend the returned notice, and notify this office of the party's change of address. Failure to provide all parties with a copy of this notice may adversely affect the debtor as provided by the Bankruptcy Code.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | John Montelione | Marlise Montelione |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 18 Maple Lane<br>Lake Hiawatha, NJ 07034 | 18 Maple Lane<br>Lake Hiawatha, NJ 07034 |
| 4. | **Debtor's attorney**<br>Name and address | Andrea Silverman<br>Andrea Silverman, PC<br>150 River Road<br>Unit H4<br>Montville, NJ 07045 | Contact phone (973)794–3960 |
| 5. | **Bankruptcy trustee**<br>Name and address | David Wolff<br>Law Offices of David Wolff LLC<br>396 Route 34<br>Matawan, NJ 07747 | Contact phone 732–566–1189 |

**For more information, see page 2 >**

Debtor  **John Montelione**  and  **Marlise Montelione**                                        Case number **15–10273–RG**

| | | |
|---|---|---|
| **6.** **Bankruptcy clerk's office** <br><br> Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at <u>www.pacer.gov</u>. (800) 676–6856 | MLK Jr Federal Building <br> 50 Walnut Street <br> Newark, NJ 07102 <br> Additional information may be available at the Court's Web Site: <br> <u>www.njb.uscourts.gov</u>. | Hours open: 8:30 AM – 4:00 p.m., Monday – Friday (except holidays) <br><br> Contact phone 973–645–4764 <br><br> Date: 4/11/17 |
| **7.** **Meeting of creditors** <br><br> **Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so.** <br><br> All individual debtors must provide picture identification and proof of social security number to the trustee at the meeting of creditors. Failure to do so may result in your case being dismissed. | **May 8, 2017 at 12:30 PM** <br><br> The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location: <br><br> **Office of the US Trustee, 1085 Raymond Blvd., One Newark Center, Suite 1401, Newark, NJ 07102–5504** |
| **8.** **Presumption of abuse** <br><br> If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9.** **Deadlines** <br><br> The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:** <br><br> **You must file a complaint:** <br> • if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or <br> • if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6). <br><br> **You must file a motion:** <br> • if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 7/7/17** |
| | **Deadline to object to exemptions:** <br> The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10. Proof of claim** <br><br> Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at <u>www.pacer.gov</u>. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

United States Bankruptcy Court
District of New Jersey

In re:                                                          Case No. 15-10273-RG
John Montelione                                                 Chapter 7
Marlise Montelione
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2              User: admin             Page 1 of 2              Date Rcvd: Apr 11, 2017
                                 Form ID: 309A            Total Noticed: 32


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 13, 2017.
db/jdb        +John Montelione,   Marlise Montelione,   18 Maple Lane,   Lake Hiawatha, NJ 07034-1125
515263550      Capial One Visa Signature,   PO Box 71083,   Charlotte, NC 28272-1083
515466407      CitiMortgage, Inc.,   P.O. Box 688971,   Des Moines, IA,   50368-8971
515295826      CitiMortgage, Inc.,   P.O. Box 6030,   Sioux Falls, SD 57117-6030
515263556      CitiMortgage, Inc.,   PO Box 6243,   Sioux Falls, SD 57117-6243
515466409      Citibank, NA,   P.O. Box 6030,   Sioux Falls, SD 57117-6030
515942671      Wilmington Savings Funds Society,   c/o BSI Financial Services,   PO BOX 679002,
                Dallas, TX  75267-9002


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty            E-mail/Text: court@andreasilvermanlaw.com Apr 11 2017 22:47:26     Andrea Silverman,
                Andrea Silverman, PC,   150 River Road,   Unit H4,   Montville, NJ  07045
tr            +EDI: BDWOLFF.COM Apr 11 2017 22:33:00     David Wolff,   Law Offices of David Wolff LLC,
                396 Route 34,   Matawan, NJ 07747-7115
smg            E-mail/Text: usanj.njbankr@usdoj.gov Apr 11 2017 22:48:25     U.S. Attorney,   970 Broad St.,
                Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 11 2017 22:48:22     United States Trustee,
                Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
515263544     +EDI: AMEREXPR.COM Apr 11 2017 22:33:00     American Express,   PO Box 981537,
                El Paso, TX 79998-1537
515263545      EDI: AMEREXPR.COM Apr 11 2017 22:33:00     American Express,   PO Box 1270,
                Newark, NJ 07101-1270
515475487      EDI: BECKLEE.COM Apr 11 2017 22:33:00     American Express Centurion Bank,
                c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
515263546      EDI: BANKAMER.COM Apr 11 2017 22:33:00     Bank of America,   PO Box 982235,
                El Paso, TX 79998
515263547      EDI: BANKAMER.COM Apr 11 2017 22:33:00     Bank of America,   PO Box 15109,
                Wilmington, DE 19886-5019
515263548      EDI: TSYS2.COM Apr 11 2017 22:33:00     Barclay Card,   PO Box 13337,
                Philadelphia, PA 19101-3337
515263549     +EDI: TSYS2.COM Apr 11 2017 22:33:00     Barclays Bank Delaware,   125 S. West Street,
                Wilmington, DE 19801-5014
515439473     +E-mail/Text: bncmail@w-legal.com Apr 11 2017 22:48:32     CERASTES, LLC,
                C O WEINSTEIN & RILEY, PS,   2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
515398665     +E-mail/Text: bankruptcy@cavps.com Apr 11 2017 22:48:46     Cavalry SPV I, LLC,
                500 Summit Lake Drive, Ste 400,   Valhalla, NY 10595-1340
515263551      EDI: CHASE.COM Apr 11 2017 22:33:00     Chase Cards,   PO Box 15123,
                Wilmington, DE 19850-5123
515263552     +EDI: CHASE.COM Apr 11 2017 22:33:00     Chase/Bank One Card Services,   PO Box 15298,
                Wilmington, DE 19850-5298
515263553      EDI: CITICORP.COM Apr 11 2017 22:33:00     Citi Cards,   PO Box 6004,
                Sioux Falls, SD 57117-6004
515263555     +EDI: CITICORP.COM Apr 11 2017 22:33:00     Citicards CBNA,   701 E. 60th Street,
                Sioux Falls, SD 57104-0432
515272116      EDI: DISCOVER.COM Apr 11 2017 22:33:00     Discover Bank,   DB Servicing Corporation,
                PO Box 3025,   New Albany, OH  43054-3025
515263557     +EDI: DISCOVER.COM Apr 11 2017 22:33:00     Discover Financial SVCS, LLC,   PO Box 15316,
                Wilmington, DE 19850-5316
515263558      EDI: DISCOVER.COM Apr 11 2017 22:33:00     Discover Financial SVCS, LLC,   PO Box 71084,
                Charlotte, NC 28272-1084
515554859      EDI: IRS.COM Apr 11 2017 22:33:00     Internal Revenue Service,
                Centralized Insolvency Operation,   PO Box 7346,   Philadelphia, PA 19101-7346
515340685      EDI: RMSC.COM Apr 11 2017 22:33:00     Synchrony Bank,
                c/o of Recovery Management Systems Corp,   25 S.E. 2nd Avenue, Suite 1120,
                Miami, FL 33131-1605
515263561      EDI: TFSR.COM Apr 11 2017 22:33:00     Toyota Motor Credit Corp.,   5005 N. River Blvd. NE,
                Cedar Rapids, IA 52411-6634
515267469      EDI: TFSR.COM Apr 11 2017 22:33:00     Toyota Motor Credit Corporation (TMCC),   PO BOX 8026,
                Cedar Rapids, Iowa 52408-8026
515431126      EDI: ECAST.COM Apr 11 2017 22:33:00     eCAST Settlement Corporation, assignee,
                of Citibank, N.A.,   POB 29262,   New York, NY 10087-9262
                                                                                         TOTAL: 25


        ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
515263554      Citibank
515263560      Renaissance Resort,   LG Smith Boulevard 82,   Oranjestad, AR

```
District/off: 0312-2           User: admin            Page 2 of 2             Date Rcvd: Apr 11, 2017
                               Form ID: 309A          Total Noticed: 32

515263559*      Internal Revenue Service,   SBSE/Insolvency Unit of the IRS,   PO Box 330500-Stop 15,
                  Detroit, MI 48232
515942672*      Wilmington Savings Funds Society,   c/o BSI Financial Services,   PO BOX 679002,
                  Dallas, TX  75267-9002
515431127*      eCAST Settlement Corporation, assignee,   of Citibank, N.A.,   POB 29262,
                  New York, NY 10087-9262
515431128*      eCAST Settlement Corporation, assignee,   of Citibank, N.A.,   POB 29262,
                  New York, NY 10087-9262
                                                                        TOTALS: 2, * 4, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 13, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 11, 2017 at the address(es) listed below:
          Andrea   Silverman    on behalf of Joint Debtor Marlise  Montelione court@andreasilvermanlaw.com
          Andrea   Silverman    on behalf of Debtor John  Montelione court@andreasilvermanlaw.com
          Andrew M. Lubin    on behalf of Creditor   CitiMortgage, Inc. bkecf@milsteadlaw.com,
           alubin@milsteadlaw.com
          Andrew M. Lubin    on behalf of Creditor   Wilmington Savings Fund Society, FSB, DBA Christina
           Trust, Not Individually but as Trustee for Ventures Trust 2013-I-H-R bkecf@milsteadlaw.com,
           alubin@milsteadlaw.com
          Andrew M. Lubin    on behalf of Creditor   Wilmington Savings Fund Society, FSB
           bkecf@milsteadlaw.com,  alubin@milsteadlaw.com
          Charles H. Jeanfreau    on behalf of Creditor   Wilmington Savings Fund Society, FSB, DBA
           Christina Trust, Not Individually but as Trustee for Ventures Trust 2013-I-H-R
           Charlesj@w-legal.com,  BNCmail@w-legal.com
          David   Wolff    dwtrustee@verizon.net,  NJ50@ecfcbis.com
                                                                        TOTAL: 7
```