

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:

John Montelione
Marlise Montelione

Case No.:     15-10273

Chapter:     7

Judge:     GAMBARDELLA

# ORDER RESPECTING
# AMENDMENT TO SCHEDULE D, E/F, F, G, H
# OR LIST OF CREDITORS

The relief set forth on the following page is **ORDERED**.

Date: 4/20/2017

/S/ ROSEMARY GAMBARDELLA
Judge, United States Bankruptcy Court

The Court having noted that the debtor filed an Amendment to Schedule ___E/F___ or to the List of Creditors on ___4/19/2017___, and for good cause shown, it is

ORDERED that the debtor must provide notice of the Amendment to the creditor(s) or party(s) being deleted or modified and to the trustee in the case, if any, not later than 14 days after the date of this Order.

It is further ORDERED that the debtor(s) must serve on added creditors or parties, not later than 14 days after the date of this Order, the following:

1. A copy of the applicable *Notice of Chapter* ___7___ *Bankruptcy Case,* and

2. In a Chapter 11 case:
    a) a copy of the last modified plan and disclosure statement, if any, and
    b) a copy of any order approving the adequacy of the disclosure statement and/or the scheduling of the plan for confirmation.

3. In a Chapter 12 or Chapter 13 case:
    a) a copy of the *Notice of Hearing on Confirmation of Plan*, if any, and
    b) a copy of the last modified plan that has been filed in the case.

It is further ORDERED that not later than 14 days after the date of this Order, the debtor(s) shall file the Local Form, *Certification of Service*, certifying compliance with the above requirements.

*rev.11/17/16*

United States Bankruptcy Court
District of New Jersey

In re:  
John Montelione  
Marlise Montelione  
    Debtors

Case No. 15-10273-RG  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Apr 20, 2017
                Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 22, 2017.
db/jdb          +John Montelione,    Marlise Montelione,    18 Maple Lane,    Lake Hiawatha, NJ 07034-1125

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 22, 2017                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 20, 2017 at the address(es) listed below:
      Andrea   Silverman    on behalf of Joint Debtor Marlise  Montelione court@andreasilvermanlaw.com
      Andrea   Silverman    on behalf of Debtor John  Montelione court@andreasilvermanlaw.com
      Andrew M. Lubin    on behalf of Creditor   Wilmington Savings Fund Society, FSB
       bkecf@milsteadlaw.com,   alubin@milsteadlaw.com
      Andrew M. Lubin    on behalf of Creditor   CitiMortgage, Inc. bkecf@milsteadlaw.com,
       alubin@milsteadlaw.com
      Andrew M. Lubin    on behalf of Creditor   Wilmington Savings Fund Society, FSB, DBA Christina
       Trust, Not Individually but as Trustee for Ventures Trust 2013-I-H-R bkecf@milsteadlaw.com,
       alubin@milsteadlaw.com
      Charles H. Jeanfreau    on behalf of Creditor   Wilmington Savings Fund Society, FSB, DBA
       Christina Trust, Not Individually but as Trustee for Ventures Trust 2013-I-H-R
       Charlesj@w-legal.com,   BNCmail@w-legal.com
      David   Wolff    dwtrustee@verizon.net, NJ50@ecfcbis.com
      Denise E. Carlon    on behalf of Creditor   Toyota Motor Credit Corporation
       dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
      William M.E. Powers, III    on behalf of Creditor   Wilmington Savings Fund Society, FSB, d/b/a
       Christiana Trust, not individually but as Trustee for Venture Trust 2013-I-H-R, A Delaware Trust
       ecf@powerskirn.com
                                                                              TOTAL: 9