UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:

John Montelione
Marlise Montelione

Case No.: _____15-10273-RG_____

Chapter: _____7_____

Judge: _____Gambardella_____

# NOTICE OF FAILURE TO FILE SUPPLEMENTAL
# DOCUMENTS CONCERNING SCHEDULES

TO: _Andrea Silverman_____

This will confirm that on _____06/15/2017_____ the following document(s) was filed by you.

- ☒ Amendment to Schedule(s) _A/B_____,
- ☐ Missing Documents, including Schedule(s) _____,

This will further confirm that the court has not received the following supplemental documents:

- ☒ Declaration About an Individual Debtor's Schedules (106 Declaration)
- ☒ An updated Summary of Your Assets and Liabilities and Certain Statistical Information (106 Summary) [Schedules A/B, D, E/F, I and J ONLY]

- ☐ Declaration Under Penalty of Perjury for Non-Individual Debtors (202 Declaration)
- ☐ An updated Summary of Assets and Liabilities for Non-Individuals (206 Summary) [Schedules A/B, D and E/F ONLY]

You are hereby notified that the document(s) indicated above must be filed within 7 days from the date of this notice.

Dated: 06/16/2017                                                    Jeanne A. Naughton, Clerk

*rev.1/4/17*

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 15-10273-RG
John Montelione                                                       Chapter 7
Marlise Montelione
         Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1          Date Rcvd: Jun 16, 2017
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 18, 2017.
db/jdb          +John Montelione,   Marlise Montelione,   18 Maple Lane,   Lake Hiawatha, NJ 07034-1125

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 18, 2017                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 16, 2017 at the address(es) listed below:
              Andrea   Silverman    on behalf of Debtor John  Montelione court@andreasilvermanlaw.com
              Andrea   Silverman    on behalf of Joint Debtor Marlise  Montelione court@andreasilvermanlaw.com
              Andrew M. Lubin    on behalf of Creditor   CitiMortgage, Inc. bkecf@milsteadlaw.com,
               alubin@milsteadlaw.com
              Andrew M. Lubin    on behalf of Creditor   Wilmington Savings Fund Society, FSB, DBA Christina
               Trust, Not Individually but as Trustee for Ventures Trust 2013-I-H-R bkecf@milsteadlaw.com,
               alubin@milsteadlaw.com
              Andrew M. Lubin    on behalf of Creditor   Wilmington Savings Fund Society, FSB
               bkecf@milsteadlaw.com,  alubin@milsteadlaw.com
              Charles H. Jeanfreau    on behalf of Creditor   Wilmington Savings Fund Society, FSB, DBA
               Christina Trust, Not Individually but as Trustee for Ventures Trust 2013-I-H-R
               Charlesj@w-legal.com,  BNCmail@w-legal.com
              David  Wolff    dwtrustee@verizon.net, NJ50@ecfcbis.com
              Denise E. Carlon    on behalf of Creditor   Toyota Motor Credit Corporation
               dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
              William M.E. Powers    on behalf of Creditor   Wilmington Savings Fund Society, FSB
               ecf@powerskirn.com
              William M.E. Powers, III    on behalf of Creditor   Wilmington Savings Fund Society, FSB, d/b/a
               Christiana Trust, not individually but as Trustee for Venture Trust 2013-I-H-R, A Delaware Trust
               ecf@powerskirn.com
                                                                                               TOTAL: 10