UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:                                          Case No.: __15-10273-RG__

JOHN MONTELIONE AND                             Chapter: _____7_____
MARLISE MONTELIONE
                                                Judge: Rosemary Gambardella

**NOTICE OF PROPOSED ABANDONMENT**

_____David Wolff_____, _____Trustee_____ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

| Address of the Clerk: |
|---|
| United States Bankruptcy Court<br>50 Walnut Street<br>3rd Floor<br>Newark, NJ 07102 |

If an objection is filed, a hearing will be held before the Honorable __Rosemary Gambardella__ on __July 25, 2017__ at __10:00__ a.m. at the United States Bankruptcy Court, Courtroom no. __3E__. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

| Description and value of property: |
|---|
| Real property located at 18 Maple Lane, Lake Hiawatha, New Jersey<br>Value: $311,000.00 |

| Liens on property: |
|---|
| Wilmington Savings Fund Society, FSB, d/b/a Christina Trust  $265,000.00<br>Citibank, N.A.  $85,000.00 |

| Amount of equity claimed as exempt: |
|---|
| $0.00 |

Objections must be served on, and requests for additional information directed to:

Name:       David Wolff, Trustee
Address:    396 Route 34, Matawan, New Jersey 07747
Telephone No.: (732) 566-1189

rev.8/1/15

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 15-10273-RG
John Montelione                                                       Chapter 7
Marlise Montelione
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2           User: admin              Page 1 of 2              Date Rcvd: Jun 21, 2017
                               Form ID: pdf905          Total Noticed: 32

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 23, 2017.
```
db/jdb     +John Montelione,    Marlise Montelione,    18 Maple Lane,    Lake Hiawatha, NJ 07034-1125
r          +Jay Kozwolski,    Timeshare Professionals, Inc.,    6985 Wallace Road,    Orlando, FL 32819-5238
515263545   American Express,    PO Box 1270,    Newark, NJ 07101-1270
515263544  +American Express,    PO Box 981537,    El Paso, TX 79998-1537
515475487   American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
515263547  ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
             (address filed with court: Bank of America,    PO Box 15109,    Wilmington, DE 19886-5019)
515263548   Barclay Card,    PO Box 13337,    Philadelphia, PA 19101-3337
515263549  +Barclays Bank Delaware,    125 S. West Street,    Wilmington, DE 19801-5014
515263550   Capial One Visa Signature,    PO Box 71083,    Charlotte, NC 28272-1083
515263551   Chase Cards,    PO Box 15123,    Wilmington, DE 19850-5123
515263552  +Chase/Bank One Card Services,    PO Box 15298,    Wilmington, DE 19850-5298
515263553   Citi Cards,    PO Box 6004,    Sioux Falls, SD 57117-6004
515466407   CitiMortgage, Inc.,    P.O. Box 688971,    Des Moines, IA,    50368-8971
515263556   CitiMortgage, Inc.,    PO Box 6243,    Sioux Falls, SD 57117-6243
515295826   CitiMortgage, Inc.,    P.O. Box 6030,    Sioux Falls, SD 57117-6030
515466409   Citibank, NA,    P.O. Box 6030,    Sioux Falls, SD 57117-6030
515263555  +Citicards CBNA,    701 E. 60th Street,    Sioux Falls, SD 57104-0432
516776246   HSBC Commercial Card,    PO Box 5477,    Carol Stream, IL 60197-5477
515263561  ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
             (address filed with court: Toyota Motor Credit Corp.,    5005 N. River Blvd. NE,
             Cedar Rapids, IA 52411-6634)
515267469   Toyota Motor Credit Corporation (TMCC),    PO BOX 8026,    Cedar Rapids, Iowa 52408-8026
515942671   Wilmington Savings Funds Society,    c/o BSI Financial Services,    PO BOX 679002,
             Dallas, TX  75267-9002
515431126   eCAST Settlement Corporation, assignee,    of Citibank, N.A.,    POB 29262,
             New York, NY 10087-9262
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg         E-mail/Text: usanj.njbankr@usdoj.gov Jun 21 2017 22:17:41     U.S. Attorney,   970 Broad St.,
             Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg        +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 21 2017 22:17:37     United States Trustee,
             Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
             Newark, NJ 07102-5235
cr         +E-mail/PDF: gecsedi@recoverycorp.com Jun 21 2017 22:12:21     Synchrony Bank,
             c/o Recovery Mmgt. Sys.,   25 SE 2nd Ave., Ste. 1120,    Miami, FL 33131-1605
515439473  +E-mail/Text: bncmail@w-legal.com Jun 21 2017 22:17:48     CERASTES, LLC,
             C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
515398665  +E-mail/Text: bankruptcy@cavps.com Jun 21 2017 22:18:01     Cavalry SPV I, LLC,
             500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-1340
515272116   E-mail/Text: mrdiscen@discover.com Jun 21 2017 22:16:51     Discover Bank,
             DB Servicing Corporation,    PO Box 3025,   New Albany, OH  43054-3025
515263557  +E-mail/Text: mrdiscen@discover.com Jun 21 2017 22:16:51     Discover Financial SVCS, LLC,
             PO Box 15316,    Wilmington, DE 19850-5316
515263558   E-mail/Text: mrdiscen@discover.com Jun 21 2017 22:16:51     Discover Financial SVCS, LLC,
             PO Box 71084,    Charlotte, NC 28272-1084
515554859   E-mail/Text: cio.bncmail@irs.gov Jun 21 2017 22:17:06     Internal Revenue Service,
             Centralized Insolvency Operation,    PO Box 7346,   Philadelphia, PA 19101-7346
515340685   E-mail/PDF: gecsedi@recoverycorp.com Jun 21 2017 22:12:03     Synchrony Bank,
             c/o of Recovery Management Systems Corp,    25 S.E. 2nd Avenue, Suite 1120,
             Miami, FL 33131-1605
                                                                                              TOTAL: 10
```

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
515263554    Citibank
515263560    Renaissance Resort,    LG Smith Boulevard 82,    Oranjestad, AR
515263546*  ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
             (address filed with court: Bank of America,    PO Box 982235,    El Paso, TX 79998)
515263559*   Internal Revenue Service,    SBSE/Insolvency Unit of the IRS,    PO Box 330500-Stop 15,
             Detroit, MI 48232
515942672*   Wilmington Savings Funds Society,    c/o BSI Financial Services,    PO BOX 679002,
             Dallas, TX  75267-9002
515431127*   eCAST Settlement Corporation, assignee,    of Citibank, N.A.,    POB 29262,
             New York, NY 10087-9262
515431128*   eCAST Settlement Corporation, assignee,    of Citibank, N.A.,    POB 29262,
             New York, NY 10087-9262
                                                                                   TOTALS: 2, * 5, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0312-2          User: admin              Page 2 of 2              Date Rcvd: Jun 21, 2017
                              Form ID: pdf905          Total Noticed: 32
```

```
            ***** BYPASSED RECIPIENTS (continued) *****
```

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 23, 2017                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 20, 2017 at the address(es) listed below:
              Andrea    Silverman    on behalf of Joint Debtor Marlise   Montelione court@andreasilvermanlaw.com
              Andrea    Silverman    on behalf of Debtor John   Montelione court@andreasilvermanlaw.com
              Andrew M. Lubin    on behalf of Creditor    Wilmington Savings Fund Society, FSB, DBA Christina
               Trust, Not Individually but as Trustee for Ventures Trust 2013-I-H-R bkecf@milsteadlaw.com,
               alubin@milsteadlaw.com
              Andrew M. Lubin    on behalf of Creditor    Wilmington Savings Fund Society, FSB
               bkecf@milsteadlaw.com,  alubin@milsteadlaw.com
              Andrew M. Lubin    on behalf of Creditor    CitiMortgage, Inc. bkecf@milsteadlaw.com,
               alubin@milsteadlaw.com
              Charles H. Jeanfreau    on behalf of Creditor    Wilmington Savings Fund Society, FSB, DBA
               Christina Trust, Not Individually but as Trustee for Ventures Trust 2013-I-H-R
               Charlesj@w-legal.com,  BNCmail@w-legal.com
              David    Wolff     dwtrustee@verizon.net,  NJ50@ecfcbis.com
              Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
               dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
              William M.E. Powers     on behalf of Creditor    Wilmington Savings Fund Society, FSB
               ecf@powerskirn.com
              William M.E. Powers, III    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a
               Christiana Trust, not individually but as Trustee for Venture Trust 2013-I-H-R, A Delaware Trust
               ecf@powerskirn.com
                                                                                             TOTAL: 10
```