**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | John Montelione | Social Security number or ITIN  xxx–xx–5554 |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | Marlise Montelione | Social Security number or ITIN  xxx–xx–5959 |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   District of New Jersey

Case number:   15–10273–RG

# Order of Discharge                                                                 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

John Montelione                                                   Marlise Montelione

7/28/17                                    **By the court:**   Rosemary Gambardella
                                                                United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:  
John Montelione  
Marlise Montelione  
    Debtors

Case No. 15-10273-RG  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 2    Date Rcvd: Jul 28, 2017  
                      Form ID: 318    Total Noticed: 34

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 30, 2017.

```
db           +John Montelione,   18 Maple Lane,   Lake Hiawatha, NJ 07034-1125
jdb         #+Marlise Montelione,   18 Maple Lane,   Lake Hiawatha, NJ 07034-1125
r           #+Jay Kozwolski,   Timeshare Professionals, Inc.,   6985 Wallace Road,   Orlando, FL 32819-5238
515263550    Capial One Visa Signature,   PO Box 71083,   Charlotte, NC 28272-1083
515466407    CitiMortgage, Inc.,   P.O. Box 688971,   Des Moines, IA,   50368-8971
515263556    CitiMortgage, Inc.,   PO Box 6243,   Sioux Falls, SD 57117-6243
515295826    CitiMortgage, Inc.,   P.O. Box 6030,   Sioux Falls, SD 57117-6030
515466409    Citibank, NA,   P.O. Box 6030,   Sioux Falls, SD 57117-6030
516776246    HSBC Commercial Card,   PO Box 5477,   Carol Stream, IL 60197-5477
515942671    Wilmington Savings Funds Society,   c/o BSI Financial Services,   PO BOX 679002,
              Dallas, TX  75267-9002
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg          E-mail/Text: usanj.njbankr@usdoj.gov Jul 28 2017 22:23:33    U.S. Attorney,   970 Broad St.,
              Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 28 2017 22:23:32    United States Trustee,
              Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
              Newark, NJ 07102-5235
cr          +EDI: RMSC.COM Jul 28 2017 22:18:00    Synchrony Bank,   c/o Recovery Mmgt. Sys.,
              25 SE 2nd Ave., Ste. 1120,   Miami, FL 33131-1605
515263544   +EDI: AMEREXPR.COM Jul 28 2017 22:18:00    American Express,   PO Box 981537,
              El Paso, TX 79998-1537
515263545    EDI: AMEREXPR.COM Jul 28 2017 22:18:00    American Express,   PO Box 1270,
              Newark, NJ 07101-1270
515475487    EDI: BECKLEE.COM Jul 28 2017 22:18:00    American Express Centurion Bank,
              c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
515263547    EDI: BANKAMER.COM Jul 28 2017 22:18:00    Bank of America,   PO Box 15109,
              Wilmington, DE 19886-5019
515263546    EDI: BANKAMER.COM Jul 28 2017 22:18:00    Bank of America,   PO Box 982235,
              El Paso, TX 79998
515263548    EDI: TSYS2.COM Jul 28 2017 22:18:00    Barclay Card,   PO Box 13337,
              Philadelphia, PA 19101-3337
515263549   +EDI: TSYS2.COM Jul 28 2017 22:18:00    Barclays Bank Delaware,   125 S. West Street,
              Wilmington, DE 19801-5014
515439473   +E-mail/Text: bncmail@w-legal.com Jul 28 2017 22:23:37    CERASTES, LLC,
              C O WEINSTEIN & RILEY, PS,   2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
515398665   +E-mail/Text: bankruptcy@cavps.com Jul 28 2017 22:23:39    Cavalry SPV I, LLC,
              500 Summit Lake Drive, Ste 400,   Valhalla, NY 10595-1340
515263551    EDI: CHASE.COM Jul 28 2017 22:18:00    Chase Cards,   PO Box 15123,
              Wilmington, DE 19850-5123
515263552   +EDI: CHASE.COM Jul 28 2017 22:18:00    Chase/Bank One Card Services,   PO Box 15298,
              Wilmington, DE 19850-5298
515263553    EDI: CITICORP.COM Jul 28 2017 22:18:00    Citi Cards,   PO Box 6004,
              Sioux Falls, SD 57117-6004
515263555   +EDI: CITICORP.COM Jul 28 2017 22:18:00    Citicards CBNA,   701 E. 60th Street,
              Sioux Falls, SD 57104-0432
515272116    EDI: DISCOVER.COM Jul 28 2017 22:18:00    Discover Bank,   DB Servicing Corporation,
              PO Box 3025,   New Albany, OH  43054-3025
515263557   +EDI: DISCOVER.COM Jul 28 2017 22:18:00    Discover Financial SVCS, LLC,   PO Box 15316,
              Wilmington, DE 19850-5316
515263558    EDI: DISCOVER.COM Jul 28 2017 22:18:00    Discover Financial SVCS, LLC,   PO Box 71084,
              Charlotte, NC 28272-1084
515554859    EDI: IRS.COM Jul 28 2017 22:18:00    Internal Revenue Service,
              Centralized Insolvency Operation,   PO Box 7346,   Philadelphia, PA 19101-7346
515340685    EDI: RMSC.COM Jul 28 2017 22:18:00    Synchrony Bank,
              c/o of Recovery Management Systems Corp,   25 S.E. 2nd Avenue, Suite 1120,
              Miami, FL 33131-1605
515263561    EDI: TFSR.COM Jul 28 2017 22:18:00    Toyota Motor Credit Corp.,   5005 N. River Blvd. NE,
              Cedar Rapids, IA 52411-6634
515267469    EDI: TFSR.COM Jul 28 2017 22:18:00    Toyota Motor Credit Corporation (TMCC),   PO BOX 8026,
              Cedar Rapids, Iowa 52408-8026
515431126    EDI: ECAST.COM Jul 28 2017 22:18:00    eCAST Settlement Corporation, assignee,
              of Citibank, N.A.,   POB 29262,   New York, NY 10087-9262
                                                                                              TOTAL: 24

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
515263554    Citibank
515263560    Renaissance Resort,   LG Smith Boulevard 82,   Oranjestad, AR
```

```
District/off: 0312-2          User: admin              Page 2 of 2                  Date Rcvd: Jul 28, 2017
                              Form ID: 318             Total Noticed: 34

515263559*      Internal Revenue Service,    SBSE/Insolvency Unit of the IRS,    PO Box 330500-Stop 15,
                 Detroit, MI 48232
515942672*      Wilmington Savings Funds Society,    c/o BSI Financial Services,    PO BOX 679002,
                 Dallas, TX 75267-9002
515431127*      eCAST Settlement Corporation, assignee,    of Citibank, N.A.,    POB 29262,
                 New York, NY 10087-9262
515431128*      eCAST Settlement Corporation, assignee,    of Citibank, N.A.,    POB 29262,
                 New York, NY 10087-9262
                                                                                            TOTALS: 2, * 4, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 30, 2017                                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 28, 2017 at the address(es) listed below:
              Andrea   Silverman    on behalf of Joint Debtor Marlise   Montelione court@andreasilvermanlaw.com
              Andrea   Silverman    on behalf of Debtor John   Montelione court@andreasilvermanlaw.com
              Andrew M. Lubin    on behalf of Creditor   Wilmington Savings Fund Society, FSB, DBA Christina
               Trust, Not Individually but as Trustee for Ventures Trust 2013-I-H-R bkecf@milsteadlaw.com,
               alubin@milsteadlaw.com
              Andrew M. Lubin    on behalf of Creditor   Wilmington Savings Fund Society, FSB
               bkecf@milsteadlaw.com,   alubin@milsteadlaw.com
              Andrew M. Lubin    on behalf of Creditor   CitiMortgage, Inc. bkecf@milsteadlaw.com,
               alubin@milsteadlaw.com
              Charles H. Jeanfreau    on behalf of Creditor   Wilmington Savings Fund Society, FSB, DBA
               Christina Trust, Not Individually but as Trustee for Ventures Trust 2013-I-H-R
               Charlesj@w-legal.com,   BNCmail@w-legal.com
              David   Wolff    dwtrustee@verizon.net,   NJ50@ecfcbis.com
              Denise E. Carlon    on behalf of Creditor   Toyota Motor Credit Corporation
               dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
              William M.E. Powers    on behalf of Creditor   Wilmington Savings Fund Society, FSB
               ecf@powerskirn.com
              William M.E. Powers, III    on behalf of Creditor   Wilmington Savings Fund Society, FSB, d/b/a
               Christiana Trust, not individually but as Trustee for Venture Trust 2013-I-H-R, A Delaware Trust
               ecf@powerskirn.com
                                                                                             TOTAL: 10